UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GABRIEL DEON LOGAN (#425940)

VERSUS

CAPT. J. DAWSON, ET AL.

CIVIL ACTION

NO. 09-417-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 30, 2009 (doc. no. 23). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Further, the plaintiff's claims against Capt. J. Dawson and Capt. Reed are DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P., unless the plaintiff shows good cause for failing to timely serve them.

Baton Rouge, Louisiana, this 11th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA