UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GABRIEL DEON LOGAN (#425940)

VERSUS

CAPT. J. DAWSON, ET AL.

CIVIL ACTION

NO. 09-417-JJB-SCR

### ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Further, the plaintiff's claims against Capt. J. Dawson and Capt. Reed are DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P., unless the plaintiff shows good cause for failing to timely serve them.

Baton Rouge, Louisiana, this 11th day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA